NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RESHARE COMMERCE, LLC,**

*Plaintiff-Appellant,*

**v.**

**STATE FARM AUTOMOBILE INSURANCE COMPANY AND AMERICAN FAMILY MUTUAL INSURANCE COMPANY,**

*Defendants-Appellees.*

---

2013-1235

---

Appeal from the United States District Court for the District of Minnesota in No. 11-CV-2617, Judge Ann D. Montgomery.

---

**ON MOTION**

---

**O R D E R**

Reshare Commerce, LLC moves without opposition to withdraw the above-captioned appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

RESHARE COMMERCE, LLC v. STATE FARM MUTUAL    2
AUTOMOBILE I

(2)  Each side shall bear its own costs.

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk


s21


Issued As A Mandate: July 12, 2013